1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

SHANE MATTHEW MULVIHILL,            ) Case No. CV 17-00579-MWF (AS)
                                    )
                   Petitioner,      ) **ORDER OF DISMISSAL**
                                    )
                                    )
      v.                            )
                                    )
SUPERVISING CORRECTIONAL            )
COOK, O'AKOH,                       )
                                    )
                   Respondent.      )
_____ )

**BACKGROUND**

On January 24, 2017, <u>pro</u> <u>se</u> Petitioner, Shane Matthew Mulvihille, currently located at California Institution for Men in Chino, California, filed a Petition for Writ of Habeas Corpus ("Petition").  (Docket Entry No. 1).  The Petition alleges that Supervising Correctional Cook O'Akoh harassed Petitioner and refused to give Petitioner his state-allowed lunch.  (Petition at 1, 8).  The Petition appears to raise the following claims: (1)

1

O'Akoh's actions violated California Department of Corrections, Title 15, Section 3391(a); and (2) O'Akoh's actions constituted cruel and unusual punishment under the Eighth Amendment. (Petition at 4-5).

"[T]he writ of habeas corpus is limited to attacks upon the legality or duration of confinement." <u>Crawford v. Bell</u>, 599 F.2d 890, 891 (9th Cir. 1979) (citing <u>Preiser v. Rodriquez</u>, 411 U.S. 475, 484-86 (1973)); <u>see also</u> <u>Hill v. McDonough</u>, 547 U.S. 573, 579 (2006) ("'Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus.'") (citation omitted). Since Petitioner's claims do not attack the legality or duration of his confinement, his claims are not cognizable on federal habeas review. Accordingly, the federal habeas petition filed by Petitioner under 28 U.S.C. § 2254 must be denied.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1

**ORDER**

2

3        IT IS ORDERED that the Petition be dismissed without

4   prejudice.[1]

5

6   DATED: January 30, 2017

7                                   _____

8                                        MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   _____

25        [1]     It appears that Petitioner is actually claiming a
     violation of his civil rights.  If so, Petitioner may seek to
     file the appropriate action pursuant to 42 U.S.C. § 1983.  The
26   Court notes that Petitioner has two pending civil rights actions
     in this Court.  See Mulvihill, Shane Matthew v. Dean Borders,
27   Warden, Case No. CV 17-00079-MWF (AS); Mulvihille, Shane Matthew
     v. Los Angeles County Sheriffs Department, Case No. CV 17-00200-
28   MWF (AS).

3